JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CARLOS IGNACIO ACOSTA, et al.,**<br><br>Defendants. | Case No. ED CV 18-00439 WDK (JCx)<br><br>**JUDGMENT** |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendants Carlos Ignacio Acosta, individually and d/b/a Firewater Bar, Shariq Sher Khan, individually and d/b/a Firewater Bar, Alberto Ramirez, individually and d/b/a Firewater Bar, Emerson Arnoldo Rivera, individually and d/b/a Firewater Bar and S.C.E.A. Holdings, LLC, an unknown business entity d/b/a Firewater Bar having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendants Carlos Ignacio Acosta, individually and d/b/a Firewater Bar, Shariq Sher Khan, individually and d/b/a Firewater Bar,

Alberto Ramirez, individually and d/b/a Firewater Bar, Emerson Arnoldo Rivera, individually and d/b/a Firewater Bar and S.C.E.A. Holdings, LLC, an unknown business entity d/b/a Firewater Bar, as follows:

(a) defendants Carlos Ignacio Acosta, individually and d/b/a Firewater Bar, Shariq Sher Khan, individually and d/b/a Firewater Bar, Alberto Ramirez, individually and d/b/a Firewater Bar, Emerson Arnoldo Rivera, individually and d/b/a Firewater Bar and S.C.E.A. Holdings, LLC, an unknown business entity d/b/a Firewater Bar, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $7,500.00 in total damages plus attorneys' fees in the amount of $950.00 plus costs.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendant, or the pro se defendant in this matter.

Dated: December 17, 2018

_____
William Keller
United States District Judge